# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

*Personal and Confidential*

May 31, 2024

**VIA ECF Letter Motion**
Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   Luigi Girotto v. F & J Steaks 37TH Street, LLC
      Case No. 1:24-cv-01777

Dear Judge Failla:

We were just retained to represent Defendant F & J Steaks 37TH Street, LLC d/b/a G, d/b/a Frankie & Johnnie's Steakhouse, ("Defendant") in connection with the above referenced matter. We write to make a request for an extension of Defendant's time to respond to the Complaint from to July 1, 2024.  We also request that the Initial Pretrial conference scheduled for June 7, 2024 be adjourned to a date after Defendant's time to answer. This is the first request for an adjournment or extension by the parties in this action.  Plaintiff's counsel has consented to this request for an extension of time of these dates.

This request is being made as the parties will actively explore settlement and would like additional time try and resolve the matter without further intervention from this Court.

Thank you for your consideration.

Respectfully submitted,

Joseph DiPalma
(914) 872-6920 Direct
Joseph.DiPalma@jacksonlewis.com
Jackson Lewis P.C.

JJD/gr
cc:     All counsel (via ECF)

4879-4789-4723, v. 1

Application GRANTED.  Defendant shall answer or otherwise respond to the complaint on or before **July 1, 2024.**  The initial pre-trial conference in this matter is accordingly ADJOURNED to **August 8, 2024,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motions at docket number 10 and 11.

Dated:     May 31, 2024          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE