# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

*Personal and Confidential*

August 8, 2024

**VIA ECF Letter Motion**
Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   Luigi Girotto v. F & J Steaks 37TH Street, LLC
      Case No. 1:24-cv-01777

Dear Judge Failla:

As you are aware, the undersigned is counsel for Defendant F & J Steaks 37TH Street, LLC d/b/a Frankie & Johnnie's Steakhouse, ("Defendant") in the above referenced matter.  We write to make a request for an adjournment of the upcoming Initial Pre-Trial Conference scheduled for August 9, 2024.  The parties were able to agree on a joint case management plan, and therefore do not need to discuss any discovery matters before the Court and are ready to proceed with discovery in accordance with the deadlines set in the Supplemental Proposed Case Management Plan filed with the Court on August 6, 2024, Docket Number 19-1. The parties also note that the Court's Law Clerk informed the parties that the Court would be amenable to this request.

Plaintiff's counsel consents to this request, and this request would not affect any current deadlines.

Thank you for your consideration.

Respectfully submitted,

Joseph DiPalma
(914) 872-6920 Direct
Joseph.DiPalma@jacksonlewis.com
Jackson Lewis P.C.

cc:   All counsel (via ECF)

4878-2944-5590, v. 1

Application GRANTED. The initial pre-trial conference in this action is hereby ADJOURNED *sine die*. The proposed case management plan shall be endorsed in a separate order.

The Clerk of Court is directed to terminate the pending motion at docket number 20.

Dated:    August 9, 2024            SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE